**Order entered June 2 , 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00775-CV

### IN RE THERESA BARNETT, Relator

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC10-00136**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus, motion for emergency relief, and motion for extension of time to file response and

amended writ and real parties in interest's motion for sanctions. We **ORDER** that relator bear

the costs of this original proceeding.

/s/    DAVID L. BRIDGES
        JUSTICE